In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property of the NEW YORK TITLE AND MORTGAGE COMPANY.

In the Matter of FANNIE ABRAMS et al., Respondents; GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Appellant.

(Argued February 26, 1934; decided March 20, 1934.)

*Lawrence S. Greenbaum, Morris L. Ernst, Albert W. Fribourg, Theodore S. Jaffin* and *Philip Levy* for George S. Van Schaick, as Superintendent of Insurance, appellant.

'476

*Edward Endelman* for respondents.

*Samuel Kramer, Barnet Kaprow* and *David L. Weissman,* intervening.

Order reversed and motion denied, without costs, on the authority of *Matter of People (Title & Mortgage Guarantee Co. of Buffalo)* (264 N. Y. 69). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.